# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DOUBLE-COLA, CO. USA,<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | No. 1:25-cv-00077-CLC-MJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Double-Cola, Co. USA and Defendant ACE American Insurance Company, by and through their undersigned counsel, hereby stipulate and agree to the dismissal, with prejudice, of all claims and counterclaims at issue in the above-referenced proceeding, with each side bearing its own attorney's fees and costs.

Respectfully submitted this 24th day of November 2025.

*/s/ Eric J. Oliver*
Eric J. Oliver
TN Bar No. 17509
Robert Wheeler
TN Bar No. 034486
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402
Email: eoliver@pbsjlaw.com
       rwheeler@pbsjlaw.com

*Attorneys for Plaintiff*

*/s/ Jonathan Toren*
Jonathan Toren, *Admitted Pro Hac Vice*
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000
Email: jtoren@cozen.com

*/s/ Kenan G. Loomis*
Kenan G. Loomis
TN Bar No. 026150
COZEN O'CONNOR
1230 Peachtree Street, NE
The Promenade, Suite 400
Atlanta, Georgia 30309
Telephone: (404) 572-2028
E-mail: kloomis@cozen.com

*Attorneys for Defendant ACE American Insurance Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court by uploading same to the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Eric J. Oliver
>Robert Wheeler
>Patrick, Beard, Schulman & Jacoway, P.C.
>537 Market Street, Suite 300
>Chattanooga, TN 37402
>eoliver@pbsjlaw.com
>rwheeler@pbsjlaw.com
>
>*Attorneys for Plaintiff*

>/s/ *Jonathan Toren*
>Jonathan Toren
>*Admitted Pro Hac Vice*